IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MICHAEL PEGUES, Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFF** |
| vs.       Case No. 4:22-cv-1360 | |
| **TRI-COUNTY BEHAVIORAL HEALTHCARE** | **DEFENDANT** |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Pegues, individually and on behalf of all others similarly situated, and Defendant Tri-County Behavioral Healthcare, by and through their undersigned counsel, and for their Stipulation of Dismissal with Prejudice, do allege and state as follows:

1. Plaintiff filed his Original Complaint–Collective Action on April 28, 2022, alleging violations of the FLSA against Defendant. *See* ECF No. 1.

2. It is the desire of Plaintiff to voluntarily dismiss this lawsuit.

3. This stipulation of dismissal of Plaintiff's claims with prejudice does not prevent Plaintiff from pursuing his claims, as described in Plaintiff's Original Complaint—Collective Action (ECF No. 1), through arbitration, as may be permitted under the parties' Dispute Resolution Agreement and any applicable statute of limitations.

4. Plaintiff has conferred with Defendant, and Defendant consents to the dismissal of Plaintiff's claims with prejudice.

Michael Pegues, et al. v. Tri-County Behavioral Healthcare
U.S.D.C. (E.D. Tex.) Case No. 4:22-cv-1360
Joint Stipulation of Dismissal with Prejudice

5. Under Rule 41 of the Federal Rules of Civil Procedure, Plaintiff should be allowed to voluntarily dismiss his claims against Defendant.

6. Plaintiff hereby requests that the Court dismiss his claims against Defendant with prejudice as to re-filing those claims in federal or state court.

WHEREFORE, premises considered, Michael Pegues, individually and on behalf of all others similarly situated, prays that this Court dismisses his claims against Defendant with prejudice and for all good and proper relief to which they may be entitled, regardless of whether specifically requested herein.

Respectfully submitted,

**MICHAEL PEGUES, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

**and DEFENDANT TRI-COUNTY BEHAVIORAL HEALTHCARE**

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (832) 460-4606
Facsimile: (713) 759-6830

*/s/ William S. Helfand*
William S. Helfand
Tex. Bar No. 09388250
bill.helfand@lewisbrisbois.com

**Michael Pegues, et al. v. Tri-County Behavioral Healthcare**
**U.S.D.C. (E.D. Tex.) Case No. 4:22-cv-1360**
**Joint Stipulation of Dismissal with Prejudice**

## CERTIFICATE OF SERVICE

    I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing STIPULATION has been electronically filed with the Clerk for the U.S. District Court, Southern District of Texas, Houston Division, using the Electronic Case Filing system of the Court, and that the attorneys listed below are registered to receive from the Clerk of the Court an electronic copy thereof:

William S. Helfand, Esq.
LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: (832) 460-4606
Facsimile: (713) 759-6830
bill.helfand@lewisbrisbois.com

                                                      */s/ Josh Sanford*
                                                      **Josh Sanford**

**Michael Pegues, et al. v. Tri-County Behavioral Healthcare**
**U.S.D.C. (E.D. Tex.) Case No. 4:22-cv-1360**
**Joint Stipulation of Dismissal with Prejudice**